# Exhibit A

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

F. Joseph Warin
Direct: +1 202.887.3609
Fax: +1 202.530.9608
FWarin@gibsondunn.com

May 31, 2015

VIA FIRST CLASS AND ELECTRONIC MAIL

Richard D. Greenfield, Esq.
Greenfield & Goodman LLC
250 Hudson St., 8th Floor
New York, NY 10013

Re:     Duke Energy Corporation Litigation Demand

Dear Mr. Greenfield:

I write in response to your letters of May 15 and May 25, 2015.  As I have previously informed you, the Board of Directors of Duke Energy Corporation has referred your March 24, 2015 letter on behalf of Dr. Saul Bresalier (the "Demand Letter") to the Demand Review Committee for investigation.  The Board of Directors has not rejected your client's demands, and the Committee's investigation of the allegations in the Demand Letter is ongoing.  At present, the Committee anticipates completing its investigation into coal ash-related matters within the next three months.

As stated in my May 6, 2015 letter, the Committee welcomes any additional information you believe would assist it in investigating these allegations.  The Committee's investigation is being carried out at the direction of its members, and the Committee does not believe that it is obligated to respond to your requests for further information at this time.  *See, e.g.*, *Copeland v. Lane*, 2012 WL 4845636, at *6 (N.D. Cal. Oct. 10, 2012) (applying Delaware law); *Levine v. Smith*, 591 A.2d 194, 214 (Del. 1991), *overruled on other grounds*, *Brehm v. Eisner*, 726 A.2d 244 (Del. 2000); *FLI Deep Marine LLC v. McKim*, 2009 WL 1204363, at *4 (Del. Ch. Apr. 21, 2009).

Sincerely,

F. Joseph Warin

FJW/ds