# MONTGOMERY McCRACKEN

ATTORNEYS AT LAW

| **Sidney S. Liebesman** | 1105 N. Market Street | Direct Dial: 302-504-7826 |
|---|---|---|
| Admitted in Delaware, Pennsylvania, and New York | 15th Floor | Fax: 302-504-7820 |
| | Wilmington, DE 19801 | Email: sliebesman@mmwr.com |
| | Tel: 302-504-7800 | |

June 20, 2016

**VIA ECF and HAND DELIVERY**
The Honorable Leonard P. Stark
Chief Judge, U.S. District Court, D. Del.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    *Bresalier v. Good, et al., (Duke Energy Corp.)*, D. Del. C.A. No. 15-00998-LPS

Dear Judge Stark:

      We represent the plaintiff, Saul Bresalier, in this derivative action. On June 15, 2016, argument was presented to Your Honor on plaintiff's motion to convert defendants' motion to dismiss to a motion for summary judgment. At the conclusion of the argument, Your Honor denied the motion and instructed counsel to confer concerning a briefing schedule for defendants' motion to dismiss and to file a proposed stipulation today.

      As Your Honor may recall, reference was made during the argument to Section 220 of the Delaware General Corporation Law (8 Del. C. §220) ("Section 220"). Following the argument, plaintiff decided to serve Duke Energy with a demand for limited books and records under Section 220 (the "Demand"). The Demand will be served on counsel by tomorrow. Duke Energy's response to the Demand will be critical in ascertaining the path this action will take in the future. In order to give the parties an opportunity to discuss the Demand and its impact on a schedule for this action going forward, the parties have conferred and respectfully request that they be given until July 1 to report to Your Honor how the parties believe this action should proceed.

Montgomery McCracken Walker & Rhoads LLP

The Honorable Leonard P. Stark
June 20, 2016
Page 2


Counsel is available should Your Honor wish to discuss this further.



Respectfully,

*/s/ Sidney S. Liebesman* (#3702)

Sidney S. Liebesman



SSL:st
cc:      Kenneth J. Nachbar, Esquire (via ECF and email)