IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUL BRESALIER, suing derivatively on behalf of DUKE ENERGY CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>LYNN J. GOOD; MICHAEL G. BROWNING; DANIEL R. DiMICCO; JOHN H. FORSGREN; ANN MAYNARD GRAY; JAMES H. HANCE, JR.; JOHN T. HERRON; JAMES T. RHODES; JAMES B. HYLER, JR.; HARRIS DE LOACH, JR.; CARLOS A. SALDRIGAS; WILLIAM E. KENNARD; E. MARIE McKEE; RICHARD A. MESERVE; JAMES E. ROGERS; G. ALEX BERNHARDT; E. JAMES REINSCH; WILLIAM BARNET, III; and PHILIP R. SHARP,<br><br>    Defendants,<br><br> and<br><br>DUKE ENERGY CORPORATION,<br><br>    Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 15-998-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER SETTING
AMENDED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

    WHEREAS, on January 15, 2016, Defendants filed a motion to dismiss (the "Motion to Dismiss") (D.I. 25) the Complaint filed in this action and an opening brief in support thereof (D.I. 26);

    WHEREAS, on February 2, 2016, Plaintiff filed a motion to convert Defendants' Motion to Dismiss to a motion for summary judgment (the "Motion to Convert") (D.I. 28);

- 2 -

WHEREAS, on June 15, 2016, following full briefing and oral argument on the Motion to Convert, the Court denied the motion and requested that the parties submit a briefing schedule for the remainder of the briefing on the Motion to Dismiss;

WHEREAS, Defendants wish to file an amended opening brief in support of their Motion to Dismiss to comport with the Court's ruling on the Motion to Convert and cite to recent relevant authority decided since Defendants' opening brief was filed on January 15, 2016; and

WHEREAS, the parties have conferred on an amended briefing schedule for Defendants' Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Defendants shall file an amended opening brief in support of their Motion to Dismiss on or before July 29, 2016;

2. Plaintiff's answering brief in opposition to the Motion to Dismiss shall be filed on or before August 29, 2016; and

2. Defendants' reply brief in further support of their Motion to Dismiss shall be filed on or before September 19, 2016.

| MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Sidney S. Liebesman* | */s/ Susan W. Waesco* |
| Sidney S. Liebesman (#3702) | Kenneth J. Nachbar (#2067) |
| Lisa Zwally Brown (#4328) | Susan W. Waesco (#4476) |
| 1105 North Market Street, Suite 1500 | Alexandra M. Cumings (#6146) |
| Wilmington, DE  19801 | 1201 North Market Street |
| (302) 504-7800 | Wilmington, DE  19801 |
| sliebesman@mmwr.com | (302) 658-9200 |
| lzbrown@mmwr.com | knachbar@mnat.com |
| *Attorneys for Plaintiff Saul Bresalier* | swaesco@mnat.com |
| | acumings@mnat.com |
| | *Attorneys for Defendants Lynn J. Good, Michael G. Browning, Daniel R. DiMicco, John H. Forsgren, Ann Maynard Gray, James H. Hance, Jr., John T. Herron, James T. Rhodes, James B. Hyler, Jr., Harris DeLoach, Jr., Carlos A. Saldrigas, William E. Kennard, E. Marie McKee, Richard A. Meserve, James E. Rogers, G. Alex Bernhardt, E. James Reinsch, William Barnet, III and Philip R. Sharp, and Nominal Defendant Duke Energy Corporation* |
| OF COUNSEL: | OF COUNSEL: |
| Richard D. Greenfield | Steven M. Bierman |
| Ann M. Caldwell | Andrew W. Stern |
| GREENFIELD & GOODMAN, LLC | Jackie A. Lu |
| 250 Hudson Street, 8th Floor | SIDLEY AUSTIN LLP |
| New York, NY  10013 | 787 Seventh Avenue |
| (917) 495-4446 | New York, NY  10019 |
| | (212) 839-5300 |

July 1, 2016


    IT IS SO ORDERED, this _____ day of _____ 2016.

                        _____
                        Chief, United States District Judge