# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Susan Wood Waesco
302 351 9677
302 425 3088 Fax
swaesco@mnat.com

July 1, 2016

*VIA ELECTRONIC FILING*

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Bresalier v. Duke Energy Corporation, et al.*, C.A. No. 15-998-LPS

Dear Chief Judge Stark:

      I write on behalf of the parties to update the Court on a proposed path forward for this action. The parties have conferred and are prepared to proceed with the briefing on Defendants' motion to dismiss (D.I. 25). As set forth in the stipulation and proposed order setting an amended briefing schedule that is being submitted herewith, Defendants wish to file an amended opening brief that comports with the Court's recent ruling on Plaintiff's motion to convert and includes citations to recent authority decided after Defendants' original opening brief was filed on January 15, 2016. If the stipulation and proposed order is acceptable to Your Honor, the parties respectfully request that it be entered.

      Counsel are available should Your Honor have any questions.

Respectfully,

/s/ Susan W. Waesco

Susan W. Waesco (#4476)

SWW/kd
cc:   Sidney S. Liebesman, Esq.