

# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Sidney S. Liebesman**
Admitted in Delaware, Pennsylvania, and New York

1105 N. Market Street
15th Floor
Wilmington, DE 19801
Tel: 302-504-7800

Direct Dial: 302-504-7826
Fax: 302-504-7820
Email: sliebesman@mmwr.com

November 28, 2016

**VIA ECF and HAND DELIVERY**
The Honorable Leonard P. Stark
Chief Judge, U.S. District Court, D. Del.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *Bresalier v. Good, et al., (Duke Energy Corp.)*, D. Del. C.A. No. 15-00998-LPS

Dear Judge Stark:

We represent the plaintiff, Saul Bresalier, in this derivative action. I write to inform Your Honor of the agreement in principle to settle *In Re Duke Energy Corporation Derivative Litigation*, Cons. C.A.No 7705-VCG pending in the Delaware Court of Chancery (the "Chancery Case").

The Complaint in *Bresalier* overlaps in part with the claims which will be settled and released in the Chancery Case. Those claims are set forth in ¶¶ 39-46 of the Complaint (the "Merger-related claims"). The remainder of the claims alleged by Plaintiff are unaffected by the Chancery Case settlement. In light of the anticipated execution of a definitive Stipulation and Agreement of Settlement, which I am advised is almost "final," notice to Duke's shareholders and final approval by the Court, the Merger-related claims set forth in *Bresalier* will be released.

This process is expected to take approximately three months. We alert you to this settlement since argument is set on defendants' motion to dismiss on December 20, 2016 and we would not want Your Honor to expend any time in addressing the Merger-related claims. In that regard, the parties have agreed, subject to Your Honor's approval, to defer the Court's consideration of whether the Merger-related claims should be dismissed or not, pending the finality of the settlement of the Chancery Case. Should that settlement be approved, as the parties expect it will be, we will so inform the Court so that the Merger-related claims, which will have been released, can be severed from this litigation.

Montgomery McCracken Walker & Rhoads LLP

The Honorable Leonard P. Stark
November 28, 2016
Page 2

      Counsel is available should Your Honor wish to discuss this further.

Respectfully,

Sidney S. Liebesman

SSL:st
cc:    Kenneth J. Nachbar, Esquire (via ECF and email)
        Susan Wood Waesco, Esquire (via ECF and email)
        Richard D. Greenfield, Esquire (via ECF and email)