IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUL BRESALIER, derivatively on behalf of DUKE ENERGY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNN J. GOOD, MICHAEL G. BROWNING, DANIEL R. DIMICCO, JOHN H. FORSGREN, ANN MAYNARD GRAY, JAMES H. HANCE, JR., JOHN T. HERRON, JAMES T. RHODES, JAMES B. HYLER, JR., HARRIS DELOACH, JR., CARLOS A. SALADRIGAS, WILLIAM E. KENNARD, E. MARIE MCKEE, RICHARD A. MESERVE, JAMES E. ROGERS, G. ALEX BERNHARDT, E. JAMES REINSCH, WILLIAM BARNET III, and PHILIP R. SHARP,<br><br>    Defendants,<br><br>    and<br><br>DUKE ENERGY CORPORATION,<br><br>    Nominal Defendant. | Civil Action No. 15-998-LPS |

## ORDER

At Wilmington this 30th day of March, 2017, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

    1.    Defendants' motion to dismiss (D.I. 25) is GRANTED in part, DENIED in part without prejudice, and DENIED in further part as moot.

    2.    The parties shall meet and confer and, no later than April 7, 2017, submit a joint status report.

_____
UNITED STATES DISTRICT COURT