# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Sidney S. Liebesman**
Admitted in Delaware, Pennsylvania, and New York

1105 N. Market Street
15th Floor
Wilmington, DE 19801
Tel: 302-504-7800

Direct Dial: 302-504-7826
Fax: 302-504-7820
Email: sliebesman@mmwr.com

April 7, 2017

**VIA ECF and HAND DELIVERY**
The Honorable Leonard P. Stark
Chief Judge, U.S. District Court, D. Del.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:  *Bresalier v. Good, et al., (Duke Energy Corp.)*, D. Del. C.A. No. 15-00998-LPS

Dear Judge Stark:

We represent the plaintiff, Saul Bresalier, in this derivative action. On March 30, 2017, Your Honor issued a Memorandum Opinion and Order granting in part, denying in part without prejudice, and denying in further part as moot Defendants' motion to dismiss. D.I. 64 & 65. As to Plaintiff's "Merger-Related Claims," Your Honor, in Section IV.B of the Memorandum Opinion, denied Defendants' motion "without prejudice to Defendants' ability to renew the motion should it become necessary." In the Order, Your Honor asked that the parties meet and confer and submit a joint status report. The parties have conferred and submit the following joint status report.

On March 10, 2017, a stipulation of settlement was filed in the case pending in the Delaware Court of Chancery captioned as *In Re Duke Energy Corporation Derivative Litigation*, Cons. C.A. No. 7705-VCG (the "Chancery Action"). Under the terms of the settlement in that case, if the Court of Chancery approves the settlement, Plaintiff will be required to dismiss the Merger-Related Claims in this action. On March 30, 2017, the Court of Chancery entered a scheduling order setting a settlement hearing in the Chancery Action for July 13, 2017 at 1:00 p.m.

Consequently, the parties respectfully request that Plaintiff's Merger-Related Claims continue to be stayed and that the parties meet and confer and provide Your Honor with another joint status report by July 20, 2017 – seven days after the settlement hearing in the Chancery Action.

Montgomery McCracken Walker & Rhoads LLP

The Honorable Leonard P. Stark
April 7, 2017
Page 2

Counsel are available should Your Honor wish to discuss this further.

Respectfully,

/s/ *Sidney S. Liebesman*

Sidney S. Liebesman

SSL:st
cc:   Kenneth J. Nachbar, Esquire (via ECF and email)
      Susan Wood Waesco, Esquire (via ECF and email)
      Richard D. Greenfield, Esquire (via ECF and email)

4123193v1