## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Susan W. Waesco
(302) 351-9677
(302) 425-3088 FAX
swaesco@mnat.com

July 20, 2017

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE  19801

    Re:    <u>Bresalier v. Duke Energy Corporation, et al.</u>, C.A. No. 15-998-LPS

Dear Chief Judge Stark:

        Pursuant to Your Honor's April 10, 2017 oral Order, I write on behalf of the parties with a joint status report regarding the status of the settlement in the action captioned *In re Duke Energy Corporation Derivative Litigation*, C.A. No. 7705-VCG (Del. Ch.) (the "Chancery Action"), and the impact of the settlement on the remaining claims in the above-captioned action.

        On July 13, 2017, Vice Chancellor Glasscock entered an Order and Final Judgment that, among other things, fully and finally approved the settlement of the Chancery Action, dismissed all claims against the defendants in the Chancery Action, and awarded aggregate attorneys' fees and expenses of $5,940,000.  The Order and Final Judgment also provides for the dismissal and release of all claims in the present action related to the merger of Duke Energy Corporation ("Duke Energy") and Progress Energy, Inc. (the "Merger-Related Claims").  Once the Order and Final Judgment becomes Final (as defined in the Stipulation and Agreement of Settlement in the Chancery Action), the parties will submit a Stipulation and [Proposed] Order for Your Honor's consideration providing for the dismissal of the Merger-Related Claims and the entry of final judgment.  Provided no appeal is taken from the Order and Final Judgment, we anticipate submitting a proposed Order to the Court on August 15, 2017.

The Honorable Leonard P. Stark
July 20, 2017
Page 2

        The parties are available should Your Honor have any questions.

        Respectfully,

        */s/ Susan W. Waesco*

        Susan W. Waesco (#4476)

cc:    Sidney S. Liebesman, Esq.