# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Susan Wood Waesco
302 351 9677
302 425 3088 Fax
swaesco@mnat.com

August 15, 2017

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

Re: *Bresalier v. Duke Energy Corporation, et al.*, C.A. No. 15-998-LPS

Dear Chief Judge Stark:

As a follow up to my July 20, 2017 letter, I write on behalf of the parties with a further update on the status of the settlement in the action captioned *In re Duke Energy Corporation Derivative Litigation*, C.A. No. 7705-VCG (Del. Ch.) (the "Chancery Action"). The Order and Final Judgment entered by Vice Chancellor Glasscock in the Chancery Action has now become Final (as defined in the Stipulation and Agreement of Settlement filed in the Chancery Action). Accordingly, enclosed is a Stipulation and [Proposed] Order Entering Final Judgment for Your Honor's consideration. If it is acceptable, the parties respectfully request that it be entered at the Court's earliest convenience.

The parties are available should Your Honor have any questions.

Respectfully,

Susan W. Waesco (#4476)

SWW/kd

cc: Sidney S. Liebesman, Esq.