IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUL BRESALIER, derivatively on behalf of DUKE ENERGY CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 15-998-LPS ) |
| LYNN J. GOOD, et al., | ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| DUKE ENERGY CORPORATION, | ) ) |
| Nominal Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, SAUL BRESALIER, derivatively on behalf of Duke Energy Corporation, appeals this Court's Order Entering Final Judgment entered August 18, 2017 [D.I. 70], the Memorandum Opinion entered March 30, 2017 [D.I. 64], the Order re Memorandum Opinion entered March 30, 2017 [D.I. 65] and the Oral Order denying Plaintiff's Motion to Convert Defendants' Motion to Dismiss to Motion for Summary Judgment and to Conduct Limited Discovery [D.I. 44, 46].

```
```
Dated: September 7, 2017

Respectfully submitted,

/s/ Richard D. Greenfield
Richard D. Greenfield (admitted *pro hac vice*)
Ann M. Caldwell
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY 10013
(917) 495-4446

Counsel for Plaintiff Saul Bresalier

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, I cause to be mailed the foregoing Notice of Appeal to the Clerk of Court and will concurrently send notification of such filing to all counsel of record. Once filed, the foregoing document is available for viewing on the Court's CM/ECF system.

/s/ Richard D. Greenfield
Richard D. Greenfield