# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-2978

Saul Bresalier v. Lynn Good, et al

(D. Del. No. 1-15-cv-00998)

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: January 23, 2018
cc:	Steven M. Bierman, Esq.
	Ann M. Caldwell, Esq.
	Richard D. Greenfield, Esq.
	Jack B. Jacobs, Esq.
	Kenneth J. Nachbar, Esq.
	Charlotte K. Newell, Esq.
	Andrew W. Stern, Esq.
	Susan W. Waesco, Esq.

**A True Copy:**

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate